# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES R. TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 17-602 |
| RYAN PUDIK, Detective Captain, City of Aliquippa Police Department, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

AND NOW, this 16th day of November, 2017, for the reasons stated in the Memorandum Opinion filed this day, IT IS ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 20) is GRANTED and Plaintiff's Complaint is dismissed without prejudice.

The Clerk of Court is directed to mark this case CLOSED.

    s/Cynthia Reed Eddy
    Cynthia Reed Eddy
    United States Magistrate Judge

cc:    James R. Turner

       Suzanne B. Merrick, Esq.
       Thomas, Thomas & Hafer LLP
       525 William Penn Place
       37th Floor; Suite 3750
       Pittsburgh, PA 15219